No. 05–5429. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5430. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5442. RODRIGUEZ, AKA DUENAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–5466. MORGAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–5475. STERRITT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–5481. BUEHLER-MAY v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 05–5513. CREASY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5530. POWERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5540. SMITH v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–5541. STEWART v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5542. MARTINEZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–5568. CHEATHAM v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5571. PORTER, AKA BORTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–5586. TORRES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5587. TAYLOR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.